District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN MARIE ISAACSON,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | NO. C17-1449-RSL<br><br>ORDER GRANTING THE UNITED STATES' MOTION FOR EXTENSION OF ANSWER DEADLINE |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Defendant Secretary of Housing and Urban Development's Motion for Extension of Answer Deadline is GRANTED.

DATED this 17th day of January, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING THE UNITED STATES'
MOTION FOR EXTENSION OF ANSWER DEADLINE/C17-1449-RSL -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98402
(253) 428-3800